[Sac. No. 3995. Department One.—July 11, 1928.]

LIZZIE H. GLIDE, Appellant, v. CITY OF SACRA-
MENTO (a Municipal Corporation), Respondent.

Huston, Huston & Huston, for Appellant.

R. L. Shinn for Respondent.

THE COURT.— The order granting defendant's mo-
tion for a change of venue in this action is affirmed on the
authority of *Finance & Construction Co. of California* v.
*City of Sacramento, ante,* p. 491 [269 Pac. 167]. The only
difference in the two cases is that in this case the plaintiff
is a private person, while in case No. 3996 the plaintiff is
a corporation. This difference is not material to any ques-
tion involved herein.

Hearing in Bank denied.

All the Justices present concurred.